**Eddie WISE; Dorothy Monroe–Wise, Plaintiffs–Appellants,**

v.

**UNITED STATES DEPARTMENT OF AGRICULTURE; James Davenport, Individually; Mike Huskey, Individually; Aaron A. Martin, Individually; Juan M. Garcia, Individually; Tom Vilsack, In his official capacity as the Secretary of the United States Department of Agriculture; Paula F. Nicholls, Individually; Debbie Houston, Individually; Cynthia I. Kernodle, Individually; Joe Leonard, In his official capacity as Assistant Secretary for Civil Rights of United States Department of Agriculture, Defendants–Appellees.**

No. 14–1947.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 16, 2015.

Decided: Feb. 3, 2015.

Eddie Wise, Dorothy Monroe–Wise, Appellants Pro Se. Neal Fowler, Assistant United States Attorney, Thomas Gray Walker, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants Eddie Wise and Dorothy Monroe–Wise appeal the district court's orders denying their motion for an evidentiary hearing and granting the Defendants' motion to dismiss their civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wise v. U.S. Dep't of Agric.*, No. 4:13–cv–00234–BO, 2014 WL 5460606 (E.D.N.C. Oct. 27, 2014; Aug. 19, 2014). We grant Appellants leave to proceed in forma pauperis but deny their other pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*